JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GILDA GURBUZ, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No.: 8:23-cv-01776JVS (KESx)<br><br>**ORDER OF DISMISSAL [30]**<br><br>***Assigned to District Judge James V. Selna and Magistrate Judge Karen E. Scott***<br><br>Complaint Filed:　08/09/2023<br>Discovery Cut-off: 10/28/2024<br>Motion Cut-off:　　11/25/2024<br>Trial Date:　　　　02/04/2025 |

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: June 27, 2024

_____
Honorable James V. Selna
United States District Judge